# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

MARY L. BLAGG,           )
                                   )
      Plaintiff,          )
                                   )
vs.                        )    Case No.  CIV-13-0539-F
                                   )
CAROLYN W. COLVIN,     )
Commissioner, Social Security    )
Administration,            )
                                   )
      Defendant.       )

## ORDER

Plaintiff Mary L. Blagg brings this action pursuant to 42 U.S.C. §405(g), seeking judicial review of the final decision of the Commissioner of the Social Security Administration denying her application for supplemental security income under the Social Security Act.

Magistrate Judge Suzanne Mitchell issued a Report and Recommendation on March 20, 2014 (the Report, doc. no. 18), recommending that the Commissioner's decision be reversed and that the matter be remanded to the Commissioner.  In her Report, the magistrate judge advised the parties of their right to object to the Report by April 9, 2014.  She also advised them that failure to make timely objection to the Report waives appellate review of the factual and legal issues contained in the Report. No objection has been filed, and no request for an extension of time within which to object has been requested.

With no objection being filed, and having reviewed the Report, the record, and the relevant arguments and authorities, the court finds that no purpose would be

served by setting out any further analysis here and that the Report should be adopted in its entirety.

Accordingly, the court **ACCEPTS**, **AFFIRMS**, and **ADOPTS** the findings and recommendations of the magistrate judge as stated in the Report and Recommendation. This matter is **REVERSED** and **REMANDED** for proceedings consistent with the Report.

Dated this 11th day of April, 2014.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

13-0539p002.wpd